**UNITED STATES DISTRICT COURT**          **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| TYRONNE D. WADELL, | § § § | |
| Plaintiff, | § § | |
| *versus* | § § | CIVIL ACTION NO. 9:23-CV-141 |
| JULIE SMITHERMAN, | § § § | |
| Defendant. | § § | |

### ORDER ADOPTING THE MAGISTRATE
### JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Tyronne D. Wadell, an inmate formerly confined at the Polunsky Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, brought this lawsuit pursuant to 42 U.S.C. § 1983 against Melissa Elliott and Julie Smitherman.[1] The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends granting Defendant Julie Smitherman's motion to dismiss (#11). To date, the parties have not filed objections to the report.

The court received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate Judge is **ADOPTED**. It is

---

[1] The court severed plaintiff's claims against Defendant Melissa Elliott from this action on June 18, 2026 and the claims are proceeding as a separate civil action. *See Wadell v. Elliott*, No. 9:26cv450 (E.D. Tex.). Defendant Smitherman is the only defendant remaining in this action.

**ORDERED** that Defendant Julie Smitherman's motion to dismiss (#11) is **GRANTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

SIGNED at Beaumont, Texas, this 7th day of July, 2026.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE